10

Jennifer L Tellez

1849 Elmhurst St

Canton, MI 48187

734-707-6012

Case: 4:26-cv-11132
Judge: Kumar, Shalina D.
MJ: Altman, Kimberly G.
Filed: 04-07-2026 At 11:18 AM
CMP TELLEZ V. STATE OF MI OF LICENSING
AND REGULATORY AFFAIRS (DA)

SUBJECT: Formal Complaint: FMLA Retaliation – Jennifer Tellez

F I L E D

APR 0 7 2026

CLERK'S OFFICE
DETROIT

To whom it may concern,

I am writing to formally complain about a violation of my FMLA rights, FMLA retaliation by my employer, since requesting FMLA leave on 5/13/24. I was denied FMLA (ultimately approved), and then later retaliated against, which violates FMLA regulation 29 U.S.C 2601.

I am currently employed by the State of Michigan, Department of Licensing and Regulatory Affairs. I work for the Michigan Liquor Control Commission, located at 25680 W 8 Mile Rd., Southfield, 48033. I am currently assigned to work from my home office.

On 05/13/2024, I submitted documentation for requested FMLA to my Disability Management Office ("DMO"). FMLA paperwork was completed by P. Sinha, D.O. on 5/11/24, which was my mother's pulmonary doctor while she was "Ventilator Dependent" for "Respiratory Failure" due to "COPD exacerbation" at that time, as indicated by the FMLA paperwork. My mother was currently unconscious and 100% supported by a vent in the ICU at what is now Corewell Health [hospital] in Farmington Hills. It was unknown if she would survive. My FMLA paperwork was first denied on 5/20/24. An addendum was sent to DMO on 5/24/24. Through a series of emails and phone calls to and from DMO until 7/3/24, I dealt with numerous different date approvals, requests for information, notification made to my management indicating I was absent without authorization, intermittent approval and ultimately Family Care approval. It took me speaking to a DMO caseworker (not assigned to my case) who indicated she had never heard of these types of requests while a patient was unconscious, to help "ensure" (as she stated) my case would get approved.

On 5/1/24, just prior to requesting FMLA leave, I received a Memorandum from my District Supervisor with a due date to have a list of files turned in by 5/31/24. While waiting for FMLA approval, I continued working to not fall behind on my caseload. Average caseloads were no more than 20-25 files at this time. I currently had 53 files assigned to me the day I went off on FMLA leave. I received an email from my direct Supervisor on 5/20/24 stating,

"Jen, It is expected that while you are pending a FMLA approval, you are not working and/or submitting reports."

On 6/26/24, an email was sent from my District Supervisor to all members of our investigative team, *excluding* myself. The email indicated,

> "Good evening. Please work on the files transferred to you from **Inv. Tellez** sooner rather than later.  **The applicants/licensees on these files have been extremely patient amid circumstances they have no control over**.  If you need any assistance on said files, please reach out to me. I know its not much, but I truly appreciate all your efforts to submit this files on top of conducting your own investigations and non-renewals."

It should be noted that **all of my files** that were reassigned to these investigators were not completed **due to the applicants/licensees failing to submit paperwork which was 100% their control and to no fault of this Investigator** (which was all documented in the files). The email provokes a hostile work environment and was very unprofessional, at the least.

I returned to work on 7/10/24.

On 7/10/24 at 9:02am, I received an email from my District Supervisor with the heading, "Tellez F.C. Memo". Nothing was written in the body. A "Formal Counseling" was attached to the email dated 5/8/24 (prior to my FMLA leave). I was written up for failing to complete the files originally stated in the Memo dated 5/1/24, which gave a due date of 5/31/24. However, I had gone on FMLA (which was effective 5/9/24); therefore, I still had from 5/9/24 until 5/31/24 to comply with the original Memo [20+ days]. However, on the same day I returned, I was not given any further opportunity to comply and my discipline was then escalated from a memo to a Formal Counseling without any new behavior. Furthermore, the Formal Counseling was based on not following an Investigator Manual dated January of 2014 (with evidence retained from management indicating the manual was well out of date), as well as being held accountable to emails dating back well before my hire date.

On 8/1, I received an email from my District Supervisor asking about a status on a file. I responded in great detail. I received a response back stating, "Jennifer, I needed a brief answer for the Deputy Director. The information you provided for 7/11 is sufficient. Thanks!" Shortly thereafter on this date, I received a confrontational phone call from my Supervisor chastising me about the email I sent telling me there was no need for the response I sent. During the call, she interrupted me countless times. When I tried to defend myself, she told me not to interrupt her. At the end of her speaking, I asked if I was allowed to speak and she

told me no, then hung up on me. (Evidence retained) During this call, I was told that all of my complaints (a type of investigation) assigned to me would be transferred from my caseload. An email was later received from my Supervisor after being hung up on, "...it was clarified that the vast majority of your complaints meet the criteria for transfer; not all of them as I previously stated."

Additional Retaliatory Behavior

1.  I was ordered to have a probationary period where I must report into the office, despite having a permanent home office assigned to me. I was advised that my Supervisor would meet with me weekly to discuss my cases. At no time were any cases ever discussed with me during the probationary period.
2.  Prior Performance Evaluations:
    6 mo:  Nov 17-May 16, 2020 – Meets Expectations (Rob Braner)
    12 mo: May 17-Nov 14, 2020 - Meets Expectations (Rob Braner)
    Nov 15, 2020 – Dec 31, 2021 – High Performing (Rob Braner)
    Jan 1, 2022 – Dec 31, 2022 – High Performing (Rob Braner)
    Jan 1, 2023 – Dec 31, 2023 – High Performing (Tera Coleman)
    Jan 1, 2024 – Dec 31, 2024- Meets Expectations (Tera Coleman)
    **\* During my 2024 performance evaluation, I used FMLA. My performance evaluation went from High Performing to Meets Expectations.**
    Jan 1, 2025 – Dec 31, 2025 – Meets Expectations (Tera Coleman)
    **\*My 2025 performance evaluation refers back to my 2024 performance. Why? I was already evaluated on 2024.**
3.  On 12/12/25, I reported to Deputy Director (Rob Braner) approximately 13 violation reports that had not been processed by a Supervisor (Jason Cato). I was instructed on that Friday, 12/12, to email the violation reports directly to that Supervisor for processing, which made him aware I complained. The following Sunday, 12/14, I received 3 investigations assigned to me by Supervisor Cato. ***Investigations are not routinely, if ever, assigned on weekends***.
4.  I was not asked to be a part of a "Complaint Team", where other Investigators in the office were asked to be a part of.
5.  I was placed on a "Direct Shipper" team and given more duties. I was told this was voluntary and my caseload would be "lighter" for participating. I was advised by another team member that she was informed weeks prior that she would be supervising me and informed me I had no say in the matter. On 3/10/26, I asked to be removed from this team. I received no response and upon following up on 3/17, I was advised the Director and Deputy Directors were meeting to discuss the matter. Ultimately, I was removed on 3/23/26 upon an email from a Deputy Director. Also in that email, the Deputy Director indicated expectations of me that are nowhere to be

found in my job description and/or Senior 12 Standards (job performance standards) I have received. That email was only to me.

6. Since receiving a Formal Counseling for not following the outdated 2014 manual and 6 years' worth of accumulated emails with contradicting instructions I have received from different people in management (some since retired, deceased), a new manual has been created that staff have been instructed to sign for attesting that we have read and understand. Since this time, I have received emails from Supervision instructing me to do things that go against the "new" manual and cannot be found in our codes/rules/policy/procedure.

7. I am assigned a home office and cover Washtenaw and Lenawee County. I have a backup, but I am not listed as anyone's backup. In the approximate 4 years covering this area, I have only worked these counties. In just the last week, I have been made to cover another Investigator working in Livingston County while he is on vacation, despite never having to in the past.

8. In the past two weeks, only I have been receiving text messages from my Supervisor in the morning with instructions to turn in a daily report from the previous day. No one else on our investigative team has received any messages from the Supervisor.

9. I have 6 years of compiled evidence showing a history of retaliation at this job. The above is only a quick synopsis. During this time, the stress has caused me to end up in a Mental Health Hospital, increased medication and ongoing therapy.


Positives

1. I have been employed by the State of Michigan 20 years this November. I have never received discipline, even in the form of a verbal, until I came to this job.

2. I was a parole agent prior to this job. I was parole agent of the month prior to leaving my last job. I received a trophy and my name on a plaque in the prison I worked in. I received a letter of recommendation from my immediate Supervisor for the nomination.

3. All prior performance evaluations before this job have been High Performing.

4. Probation period upon starting this job is 9 months. I was released after 3 months as a successful completion.

5. I have countless emails from attorneys and licensees expressing my professionalism to this job.

6. I was given my own territory with a home office without having to interview (the standard procedure)

7. I was made part of a piloted program due to my professionalism on the job

8. I was "nominated" for the Direct Shipper program by the Director and Deputy Directors
9. My casework continues to be used as examples in ongoing Training put on by management

I request that this matter be investigated immediately.

_Jennifer Tellez_  4-3-26

Jennifer Tellez

Signature          Date

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: **Wayne**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jennifer Lynn Tellez

**(b)** County of Residence of First Listed Plaintiff      Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

State of Michigan, Department of Licensing and Regulatory Affairs (LARA), Michigan Liquor Control Commission (MLCC)

County of Residence of First Listed Defendant      Ingham

N

**Case: 4:26-cv-11132**
**Judge: Kumar, Shalina D.**
**MJ: Altman, Kimberly G.**
**Filed: 04-07-2026 At 11:18 AM**
**CMP TELLEZ V. STATE OF MI OF LICENSING AND REGULATORY AFFAIRS (DA)**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [X] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury |  | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability |  | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** |  | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act |  | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
|  |  | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [X] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application |  |  |
|  | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  | / [ ] 550 Civil Rights |  |  |  |
|  | / [ ] 555 Prison Condition |  |  |  |
|  | / [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C § 2601 (FMLA)

Brief description of cause:
FMLA Retaliation

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
Amount to be determined at trial

CHECK YES only if demanded in complaint:
JURY DEMAND:   [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____     DOCKET NUMBER _____

DATE
04/03/2026

SIGNATURE OF ATTORNEY OF RECORD
*(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes

                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other          ☐ Yes
            court, including state court? (Companion cases are matters in which      ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: **Wayne**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jennifer Lynn Tellez

**(b)** County of Residence of First Listed Plaintiff ___Wayne___
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

State of Michigan, Department of Licensing and Regulatory Affairs (LARA), Michigan Liquor Control Commission (MLCC)

County of Residence of First Listed Defendant ___Ingham___
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Case: 4:26-cv-11132**
**Judge: Kumar, Shalina D.**
**MJ: Altman, Kimberly G.**
**Filed: 04-07-2026 At 11:18 AM**
**CMP TELLEZ V. STATE OF MI OF LICENSING AND REGULATORY AFFAIRS (DA)**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | | | Incorporated or Principal Place of Business In This State | | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 862 Black Lung (923) | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405(g)) | |
| | | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 865 RSI (405(g)) | |
| | | **IMMIGRATION** ☐ 462 Naturalization Application | **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 465 Other Immigration Actions | ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C § 2601 (FMLA)

Brief description of cause:
FMLA Retaliation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
Amount to be determined at trial

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
04/03/2026

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?

☐ Yes

☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes

☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

FROM:
Jennifer Teller
1649 Elmhurst St
Canton, MI 48187

TO:
U.S. District Court, Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 599
Detroit, MI 48226
Attn: Clerk's Office

U.S. MARSHALS

RECEIVED
APR 07 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL
9589 0710 5270 3405 9454 61

Utility Mailer
10 1/2" x 16"

ReadyPost

Retail
RDC 99
48226
U.S. POSTAGE PAID
FCM LG ENV
CANTON, MI 48187
APR 03, 2026
$8.02
S2324D502782-4